**Electronically Filed
Supreme Court
SCWC-18-0000475
12-AUG-2022
02:29 PM
Dkt. 21 OGAC**

SCWC-18-0000475

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

NATIONSTAR MORTGAGE, LLC,
Respondent/Plaintiff-Appellee,

vs.

ASSOCIATION OF APARTMENT OWNERS OF ELIMA LANI CONDOMINIUMS,
Petitioner/Defendant-Appellant,

and

THOMAS BLAKE K. DAVID; SARAH L. DAVID; THE BANK OF NEW YORK
MELLON, FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF CWHEQ, INC., HOME EQUITY LOAN ASSET BACKED
CERTIFICATES, SERIES 2006-S6; FIA CARD SERVICES, N.A.,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000475; CIV. NO. 3CC16100373K)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Association of

Apartment Owners of Elima Lani Condominium's application for

writ of certiorari filed on June 20, 2022, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case.  Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, August 12, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

